UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RANDY LEE BATISTE #124950**        **CIVIL ACTION**

**versus**        **NO. 06-2331**

**STATE OF LOUISIANA**        **SECTION: "A" (1)**

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's objections to the Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

Accordingly;

**IT IS ORDERED** that the federal petition of **Randy Lee Batiste** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 20 day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE